1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4
   Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CVA 12-7273 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Jerome P. Crite, aka Jerome Crite, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Jerome P. Crite, aka Jerome Crite, in the principal amount of $1,234.03 plus interest accrued to August 20, 2012, in the sum of $1,773.71; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$3,007.74**.

DATED: 9/26/2012          By: TERRY NAFISI
                               Clerk of the Court
                               L. RAYFORD
                               Deputy Clerk
                               United States District Court